IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK CARDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMPRESS AMBULANCE SERVICE, LLC d/b/a EMPRESS EMERGENCY MEDICAL SERVICES f/k/a EMPRESS AMBULANCE SERVICE, INC.,<br><br>Defendant. | Case No. 7:22-cv-08603 |

## NOTICE OF VOLUNTARY DISMISSAL

**WHEREAS**, no party has served either an answer or a motion for summary judgment in this matter.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jack Cardwell hereby gives notice that the above captioned action is voluntarily dismissed against Defendant Empress Ambulance Service, LLC d/b/a Empress Emergency Medical Services f/k/a Empress Ambulance Service, Inc.

Dated: July 8, 2025

The Clerk is respectfully directed to close this case.

So Ordered.
7/9/25

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
clevis@lowey.com

*Counsel for Plaintiff*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on July 8, 2025. This system provided a copy to and effected service of this document on all Parties.

/s/ *Christian Levis*
Christian Levis

- 1 -